| | |
|---|---|
| 1  Daniel C. Garcia | RECEIVED        FILED |
| 2  *Defendant In Pro Per* | |
|     Booking # 200911640 | 2012 MAY 14 PM 1: 19     2012 MAY 30 PM 4: 19 |
| 3  Indio Jail | |
|     Post Office Box 1748 | CLERK U.S. DISTRICT COURT |
| 4  Indio, California 92201 | CENTRAL DIST. OF CALIF. |
| | RIVERSIDE |
| | BY:_____ |

LODGED
2012 MAY 21 PM [CLERK U.S. DISTRICT OF CALIF. LOS ANGELES]

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAUSHAL NIROULA | CASE NO. (ORIGINAL FILING – NO NUMBER) |
|       *Plaintiff*, | |
| v. | **WAIVER OF SERVICE & CITATION** |
| | |
| DANIEL C. GARCIA, ET AL. | EDCV12- 814-VAP (JC) |
|       *Defendants*. | |

## WAIVER OF SERVICE OF SUMMONS

TO:   Daniel C. Garcia
      Booking # 200911640
      Indio Jail
      Post Office Box 1748
      Indio, California 92201

   I, DANIEL C. GARCIA , acknowledge receipt of your request that I waive service of summons in the action of *Kaushal Niroula v. Daniel C. Garcia, et al* whose case number has not been assigned as of this date for the United States District Court for the Central District of California.

   I have also received by hand two copies of the original Complaint in its entirety presented to me by Mr. Enrique Tira, licensed California Private Investigator appointed by the Superior Court of Riverside County at Indio to provide services to Kaushal Niroula, an indigent

Motion for Leave to File Motion for Reconsideration - 1

Defendant in matters there. Mr. Tira has advised me that he will serve as a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure..

I, Daniel C. Garcia, will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me or against other unnamed Defendants, on whose behalf I am acting if an answer or motion under Rule 12 is not served upon you within 60 days after May 14th, 2012.

Executed this 12th day of May, 2012, at Riverside County Jail at Indio, Indio, California.

*[signature]*
Daniel C. Garcia

### *Duty to Avoid Unnecessary Costs of Service of Summons*

*Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.*

*It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.*

*A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.*

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KAUSHAL NIROULA

PLAINTIFF(S),

v.

DANIEL CARLOS GARCIA

DEFENDANT(S).

CASE NUMBER

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of __Riverside__, State of California, and not a party to the above-entitled cause. On __MAY 10__, 20__12__, I served a true copy of __Waiver of Service + Citation__ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: __INDIO CALIF__
Executed on __5-10__, 20__12__ at __INDIO__, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, __KAUSHAL NIROULA__, received a true copy of the within document on __5-14-12__

_____         KAUSHAL NIROULA
Signature                                         Party Served

CV-40 (01/00)                    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE