1  Kaushal Niroula
2  *Plaintiff In Pro Per*
   Booking # 200910575
3  Indio Jail
   Post Office Box 1748
4  Indio, California 92201

5



6  **IN THE UNITED STATES DISTRICT COURT**
7  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

8  **KAUSHAL NIROULA**          **CASE NO.: 5:12-CV-00814-UA-JC**
        *Plaintiff,*
9

10 v.

11 **DANIEL C. GARCIA, ET AL.**       **JOINT MOTION FOR DISCOVERY**
        *Defendants.*
12

13

14                **JOINT MOTION FOR DISCOVERY**

15     **COME NOW,** Plaintiff Kaushal Niroula and Defendant Daniel C. Garcia jointly move this

16 Court for a joint discovery order pursuant to Rule 29 of the Federal Rules of Civil Procedure

17 allowing for the immediate commencement of discovery in the above named and numbered matter.

18 The joint discovery request is needed for the following reasons:
19

20     1.     Pursuant to Rule 26, the parties have made their initial disclosures.

21     2.     Presently, there is an impending criminal trial against both Plaintiff and Defendant in

22 which Defendant intends to utilize illegally obtained and/or disseminated privileged telephone
23
   conversations between Plaintiff and various attorneys with whom Plaintiff conversed under an
24
   attorney/client privilege.
25

26     3.     The presiding judge in the parties' impending criminal trial, the Honorable David B.

27 Downing, of the Riverside County Superior Court at Indio, California, has opined that the
28
   recordings in possession of Defendant are illegal, illegally intercepted, and illegally distributed.

4.    The parties desire to commence discovery in the form of depositions, interrogatories, production of documents, and any other discovery tool available to them in order to obtain evidence from available witnesses to determine the identity of presently unknown Defendants.

5.    The evidence derived from this civil discovery may have an immediate and substantial impact upon the pending criminal matter against the parties.

6.    Since both Plaintiff and Defendant are incarcerated, it is necessary that a Special Discovery Magistrate be appointed to aid and assist in an expedited fact finding process via the use of expedited discovery.

For these reasons, pursuant to the stipulation of the parties, as well as the provisions of Rule 29 of the Federal Rules of Civil Procedure, the parties request expedited discovery through the use of the appointment of a Special Discovery Magistrate at no cost.  A proposed Order is attached hereto for the Court's convenience.

Respectfully submitted, this 29th day of May, 2012.

/s/ Kaushal Niroula
Plaintiff, Pro Se
Booking # 200910575
Indio Jail
Post Office Box 1748
Indio, California 92201

/s/ Daniel C. Garcia
Defendant, Pro Se
Booking # 200911640
Indio Jail
Post Office Box 1748
Indio, California 92201

1   Kaushal Niroula
2   *Plaintiff In Pro Per*
    Booking # 200910575
3   Indio Jail
    Post Office Box 1748
4   Indio, California 92201

5

6           **IN THE UNITED STATES DISTRICT COURT**
           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
7

8   **KAUSHAL NIROULA**                   **CASE NO.: 5:12-CV-00814-UA-JC**
       *Plaintiff,*
9

10   v.

11   **DANIEL C. GARCIA, ET AL.**
       *Defendants.*
12

13

14

15                               **<u>ORDER</u>**

16       Upon review of the parties' Joint Motion for Discovery and for good cause shown, this

17   Court hereby **GRANTS** and **APPROVES** said Motion to commence immediate discovery utilizing

18   deposition(s), interrogatories, production of documents, and any other discovery tools which the

19   Parties wish to employ authorized by the Federal Rules of Civil Procedure.

20       Upon review of the parties' Joint Motion for Discovery and for good cause shown, this

21   Court hereby **GRANTS** and **APPROVES** the use of a Special Discovery Magistrate for purposes

22

23   of implementing expedited discovery in this matter at no cost to the parties who are indigent and

24   incarcerated.

25       The Court appoints, _____, to act as Special Discovery Magistrate to

26

27   implement the expedited and joint discovery requests of Plaintiff, Kaushal Niroula, and Defendant,

28   Daniel C. Garcia, and orders that within five (5) days of this order, the Special Discovery Magistrate

1   be provided with a list of witnesses to be deposed and a brief description of the relevance of each

2   witness' anticipated testimony.

3          **IT IS SO ORDERED**          this ___ day of _____,2012.

4

5

6                                        _____

7                                        United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Kaushal Niroula
2  *Plaintiff In Pro Per*
   Booking # 200910575
3  Indio Jail
   Post Office Box 1748
4  Indio, California 92201

5

6              **IN THE UNITED STATES DISTRICT COURT**
7           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

8  **KAUSHAL NIROULA**              CASE NO.: 5:12-cv-00814-VAP-JC
        *Plaintiff,*
9
   v.
10
11 **DANIEL C. GARCIA, ET AL.**
        *Defendants.*
12

13

14

15                    **CERTIFICATE OF SERVICE**

16        I hereby certify that on this 29th day of May, 2012,  I electronically filed the foregoing

17 JOINT MOTION FOR DISCOVERY with the Clerk of Court using the CM/ECF system.

18        I further certify that on this 29th day of May, 2012, I have hand delivered a copy of the Joint

19 Motion for Discovery to Defendant, Daniel C. Garcia, as a non-CM/ECF participant.

20 /s/ Kaushal Niroula
21 Kaushal Niroula
   *Plaintiff In Pro Per*
22 Booking # 200910575
23 Indio Jail
   Post Office Box 1748
24 Indio, California 92201

25

26

27

28

                  Joint Motion for Discovery Pursuant to Rule 29 F.R.Civ.P.