UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAUSHAL NIROULA,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL CARLOS GARCIA, et al.,<br><br>    Defendants. | Case No. EDCV 12-814 VAP(JC)<br><br>INITIAL ORDER RE:<br>CIVIL RIGHTS CASES |

    This case has been referred to Magistrate Judge Jacqueline Chooljian for pre-trial proceedings.

    Plaintiff is advised that the court will screen the complaint in this action pursuant to 28 U.S.C. § 1915(e)(2) once it has been filed. Until the complaint has been screened and the court has ordered that service of process may occur, plaintiff may not proceed with service of process upon defendants. Should the court determine that the complaint may be served upon defendants, the court will provide plaintiff with instructions regarding service of process.

    Plaintiff is advised of the following requirements for preparing and submitting documents in this case:

1. All future documents submitted in this case should be addressed to: "Clerk, U.S. District Court, 312 N. Spring St., Los Angeles, CA  90012."

2. Pursuant to Local Rule 83-2.11, the parties and their attorneys may not communicate with the judge or her staff by letter.  All inquiries, requests, or other matters to be called to the court's attention regarding this case should be submitted for filing as a motion, application, or other appropriate pleading and a copy <u>must</u> be served on all other parties who have made an appearance in the case.

3. At the top of the first page of any document submitted for filing, plaintiff shall provide his/her precise name and mailing address (including any prisoner number or dorm, wing, or building number) required for mail to be properly delivered.  The address provided will be presumed correct and will be used to communicate with plaintiff.  As long as this action is pending, plaintiff must immediately notify the court and defense counsel if his/her address changes and must provide the court with the new address and its effective date.  Any failure by plaintiff to provide the court and defendants with plaintiff's current address, may result in a dismissal of the case for want of prosecution.  <u>See</u> Local Rule 41-6.

4. Each document submitted must bear the above-referenced title and case number (including initials which identify assigned judges).

5. Plaintiff shall type or write legibly.

6. Plaintiff shall type or write the original document using ink (not pencil) sufficiently dark so that it can be photocopied clearly.

7. Plaintiff shall use only one side of each page.

8. Each document should have at least a one-inch margin at the top of each page so that the document can be two-hole punched and properly bound in the court file.

9. Plaintiff must send the court one (1) original and at least one (1) copy of each document submitted for filing.  (The original and any copies should be mailed in

one envelope so that it is clear that they are not separate filings.) If plaintiff cannot make photocopies or printed copies, clear handwritten copies are acceptable.

10. Plaintiff is advised to keep a copy of any document sent to the court. If plaintiff wants the court to send back a conformed copy (stamped with the filing date), plaintiff must include an extra copy (or an extra copy of just the first page of the document) with the original submitted for filing.

11. Strict compliance with Local Rule 5-3 regarding proof of service will be required. Once defendants have been served with the complaint and summons, plaintiff must mail a copy of every new document submitted to the court for filing to defendants, or if defendants are represented by counsel, to defense counsel (at the address given on court orders or on defense filings). Plaintiff must attach to each new document submitted to the court for filing a "proof of service" stating, under penalties of perjury, that a copy of the document was mailed to defendants, or if defendants are represented by counsel, to defense counsel, and when it was mailed. If any pleading or other paper submitted by the plaintiff to be filed and considered by the Court does not include a proof of service upon defendants or counsel for defendants, it will be stricken from the case and disregarded by the Court.

Plaintiff's compliance with these requirements, and with all other court rules, will help the Court to avoid unnecessary delays in deciding this case.

IT IS SO ORDERED.

DATED: June 1, 2012

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

3