UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAUSHAL NIROULA,<br><br>               Plaintiff,<br><br>   v.<br><br>DANIEL CARLOS GARCIA, et al.,<br><br>               Defendants. | Case No. 5:12-cv-00814-VAP-JC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

As the Court has been notified that Plaintiff is deceased, and as no successor or representative of Plaintiff has moved for substitution within ninety (90) days of service of the November 8, 2023 Statement Noting Death, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Fed. R. Civ. P. 25(a)(1).

IT IS SO ORDERED.

DATED: March 4, 2024

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE